## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  6:19-CR-00334-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **RAYMOND HAWTHORNE, JR** | **MAGISTRATE JUDGE HANNA** |

### MEMORANDUM RULING

Before the Court is the Defendant's Motion for Compassionate Release and Request for Expedited Hearing, Rec. Doc. 83. The Court notes that the requested relief, commonly known as compassionate release, is actually a motion for modification of an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c). By its clear terms, the statute in question presupposes that a defendant is incarcerated pursuant to a sentence; as such, its provisions are not applicable to pretrial detainees. In the above captioned matter, the Defendant is currently detained pending his trial, currently set for August 9, 2021; accordingly, the relief requested is not available under 18 U.S.C. § 3582(c).

This Court is aware that the allegations on which the pending charges are based also formed the basis for the revocation of the Defendant's previous supervised release and imposition of a sentence of 46 months of imprisonment. *See* Case No. 6:99-cr-60043, Rec. Doc. 303. While a motion for relief from that sentence is properly brought under 18 U.S.C. § 3582(c), such motion is not properly before

the undersigned. Rather, a substantially similar motion was already properly considered, and denied on the merits, by the court that imposed the sentence from which the Defendant seeks relief. *Id.*, Rec. Doc. 323 (Memorandum Order signed by Judge James D. Cain, Jr.).

Accordingly, the instant Motion for Compassionate Release, along with the Request for Expedited Hearing, are **DENIED.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 11th day of March, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE