# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CR-00334-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **RAYMOND HAWTHORNE JR (01)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record and noting the absence of any objections filed in response to the report and recommendation, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Raymond Hawthorne, Jr., is ACCEPTED and he is fully adjudged

guilty of the offense charged in Count 2, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, on this 20th day of December, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE